# Exhibit 2

Charted Claim:

Method Claim: 1

| US7057960 | PXIe-8880 ("Accused Product") |
|---|---|
| 1. A method for reducing power consumption during background operations in a memory array with a plurality of sections comprising the steps of:<br>controlling said background operations in each of said plurality of sections of said memory array in response to one or more control signals, wherein said one or more control signals are generated in response to a programmable address signal and said background operations can be enabled simultaneously in two or more of said plurality of sections independently of any other section; and | The accused product practices a method for reducing power consumption during background operations (e.g., self-refresh operation) in a memory array with a plurality of sections (e.g., memory banks) comprising the steps of: controlling said background operations (e.g., self-refresh operation) in each of said plurality of sections (e.g., memory banks) of said memory array in response to one or more control signals, wherein said one or more control signals are generated in response to a programmable address signal (e.g., address bits) and said background operations (e.g., self-refresh operation) can be enabled simultaneously in two or more of said plurality of sections independently of any other section.<br><br>The accused product uses a Mode Register 2 (MR2) which is loaded with address bits to decide the section(s) of the memory array on which the Self Refresh operation is enabled. Only after the address bits are coded in the MR2, the Self-Refresh operation is executed on the sections of the memory array.<br><br>For example, the MR2 includes Low-Power Auto Self Refresh (LPASR) bits, which enable the device to perform the refresh operation in Auto Self Refresh Mode across the different sections of the memory array simultaneously. The LP ASR bits (A7, A6) are set to "1" by using the MODE REGISTER SET (MRS) command such that the device manages Self Refresh entry over the supported temperature range of the DRAM.<br><br>Further, the SELF REFRESH command initiates Self Refresh mode to refresh the memory array as defined in MR2. According to the initialized LP ASR bits, the refresh operation is controlled at different temperature settings in the memory banks of SDRAM (DDR4) memory chip. |

As shown below, the accused product adjusts its refresh rate to save power during operations such as Self Refresh operation, etc.

Chapter 1 Introduction

## NI PXIe-8880

### Description

The NI PXIe-8880 PXI Express/CompactPCI Express embedded computer is a high bandwidth PXI Express/CompactPCI Express-compatible system controller. The NI PXIe-8880 controller integrates standard I/O features in a single unit by using state-of-the-art packaging. Combining an NI PXIe-8880 embedded controller with a PXI Express-compatible chassis, such as the NI PXIe-1085, results in a fully PC-compatible computer in a compact, rugged package.

The standard I/O on each module includes one DisplayPort 1.2 video port, four high-speed USB 2.0 ports, two high-speed USB 3.0 ports, a PCI-based GPIB controller, two Gigabit Ethernet connectors, a reset button, and PXI Express triggers.

The NI PXIe-8880 has an eight-core Intel® Xeon® E5-2618L v3 processor, triple channel DDR4 1866 MHz memory, all the standard I/O, and an integrated sold-state drive.

### Functional Overview

This section contains functional descriptions of each major logic block on the NI PXIe-8880 embedded computer.

https://www.ni.com/docs/en-US/bundle/pxie-8880-manual/resource/pxie-8880-manual.pdf?srsltid=AfmBOooCgfn2guVx-wIjgu2A_L6Kwql7aBboJ9U8QKRi8TrVJ9LXTJfs

| | | | | | | |
|---|---|---|---|---|---|---|
| COMPARE (0) | | Select | Select | Select | Select | Select |
| | | | Real-Time) | | | |
| PXIe-8840 | $ 6,209.00 | Intel Core i5 | LabVIEW Real-Time (Phar Lap) | 2 GB/s | — | 250 GB |
| PXIe-8861 | $ 7,295.00 | Xeon Quad-Core | LabVIEW Real-Time (NI Linux Real-Time) | 16 GB/s | 2 | 512 GB |
| PXIe-8861 | $ 7,418.00 | Xeon Quad-Core | Windows 10 64-bit | 16 GB/s | — | 512 GB |
| PXIe-8861 | $ 7,418.00 | Xeon Quad-Core | Windows 10 64-bit | 16 GB/s | 2 | 512 GB |
| PXIe-8880 | $ 10,660.00 | Xeon 8-Core | Windows 7 64-bit | 24 GB/s | 1.2 | 480 GB |
| PXIe-8880 | $ 10,660.00 | Xeon 8-Core | Windows 10 64-bit | 24 GB/s | 1.2 | 480 GB |
| PXIe-8880 | $ 11,360.00 | Xeon 8-Core | LabVIEW Real-Time (Phar Lap) | 24 GB/s | 1.2 | 480 GB |
| PXIe-8880 | $ 11,360.00 | Xeon 8-Core | LabVIEW Real-Time (NI Linux Real-Time) | 24 GB/s | — | 480 GB |
| PXIe-8881 | $ 8,632.00 | Xeon Quad-Core | Windows 10 64-bit | 24 GB/s | 2 | 512 GB |
| PXIe-8881 | | | | | | |
| PXIe-8881 | | | | | | |

This site uses cookies to offer you a better browsing experience. Learn more about our privacy statement and cookie policy.

Yes, I accept

https://web.archive.org/web/20211017132051/https://www.ni.com/en-us/shop/hardware/products/pxi-controller.html

### 3.2 Basic Functionality

The DDR4 SDRAM is a high-speed dynamic random-access memory internally configured as sixteen-banks, 4 bank group with 4 banks for each bank group for x4/x8 and eight-banks, 2 bank group with 4 banks for each bankgroup for x16 DRAM.
The DDR4 SDRAM uses a 8n prefetch architecture to achieve high-speed operation. The 8n prefetch architecture is combined with an interface designed to transfer two data words per clock cycle at the I/O pins. A single read or write operation for the DDR4 SDRAM consists of a single 8n-bit wide, four clock data transfer at the internal DRAM core and eight corresponding n-bit wide, one-half clock cycle data transfers at the I/O pins.

Read and write operation to the DDR4 SDRAM are burst oriented, start at a selected location, and continue for a burst length of eight or a 'chopped' burst of four in a programmed sequence. Operation begins with the registration of an ACTIVATE Command, which is then followed by a Read or Write command. The address bits registered coincident with the ACTIVATE Command are used to select the bank and row to be activated (BG0-BG1 in x4/8 and BG0 in x16 select the bankgroup; BA0-BA1 select the bank; A0-A17 select the row; refer to "DDR4 SDRAM Addressing" on Section 2.7 for specific requirements). The address bits registered coincident with the Read or Write command are used to select the starting column location for the burst operation, determine if the auto precharge command is to be issued (via A10), and select BC4 or BL8 mode 'on the fly' (via A12) if enabled in the mode register.

Source: DDR4 Standard

| | |
|---|---|
| | 4.27.1 Low Power Auto Self Refresh<br><br>DDR4 devices support Low Power Auto Self-Refresh (LP ASR) operation at multiple temperatures ranges (See temperature table below). Mode Register MR2 – descriptions<br><br>**Table 47 — MR2 definitions for Low Power Auto Self-Refresh mode**<br><br>A6 / A7 / Self-Refresh Operation Mode<br>0 / 0 / Manual Mode – Normal operating temperature range<br>0 / 1 / Manual Mode – Extended operating temperature range<br>1 / 0 / Manual Mode – Lower power mode at a reduced operating temperature range<br>1 / 1 / ASR Mode – automatically switching between all modes to optimize power for any of the temperature ranges listed above<br><br>**Auto Self Refresh (ASR)**<br>DDR4 DRAM provides an Auto Self-Refresh mode (ASR) for application ease. ASR mode is enabled by setting the above MR2 bits A6=1 and A7=1. The DRAM will manage Self Refresh entry through the supported temperature range of the DRAM. In this mode, the DRAM will change self-refresh rate as the DRAM operating temperature changes, lower at low temperatures and higher at high temperatures.<br>Source: DDR4 Standard |

| | |
|---|---|
| | **4.27 Self refresh Operation**<br>The Self-Refresh command can be used to retain data in the DDR4 SDRAM, even if the rest of the system is powered down. When in the Self-Refresh mode, the DDR4 SDRAM retains data without external clocking.The DDR4 SDRAM device has a built-in timer to accommodate Self-Refresh operation. The Self-Refresh-Entry (SRE) Command is defined by having CS_n, RAS_n/A16, CAS_n/A15, and CKE held low with WE_n/A14 and ACT_n high at the rising edge of the clock.<br><br>Before issuing the Self-Refresh-Entry command, the DDR4 SDRAM must be idle with all bank precharge state with tRP satisfied. 'Idle state' is defined as all banks are closed (tRP, tDAL, etc. satisfied), no data bursts are in progress, CKE is high, and all timings from previous operations are satisfied (tMRD, tMOD,tRFC, tZQinit, tZQoper, tZQCS, etc.). Deselect command must be registered on last positive clock edge before issuing Self Refresh Entry command. Once the Self Refresh Entry command is registered, Deselect command must also be registered at the next positive clock edge. Once the Self-Refresh Entry command is registered, CKE must be held low to keep the device in Self-Refresh mode. .DRAM automatically disables ODT termination and set Hi-Z as termination state regardless of ODT pin and RTT_PARK set when it enters in Self-Refresh mode. Upon exiting Self-Refresh, DRAM automatically enables ODT termination and set RTT_PARK asynchronously during tXSDLL when RTT_PARK is enabled. During normal operation (DLL on) the DLL is automatically disabled upon entering Self-Refresh and is automatically enabled (including a DLL-Reset) upon exiting Self-Refresh.<br><br>When the DDR4 SDRAM has entered Self-Refresh mode, all of the external control signals, except CKE and RESET_n, are "don't care." For proper Self-Refresh operation, all power supply and reference pins (VDD, VDDQ, VSS, VSSQ, VPP, and VRefCA) must be at valid levels. DRAM internal VrefDQ generator circuitry may remain ON or turned OFF depending on DRAM design. If DRAM internal VrefDQ circuitry is turned OFF in self refresh, when DRAM exits from self refresh state, it ensures that VrefDQ generator circuitry is powered up and stable within tXS period. First Write operation or first Write Leveling Activity may not occur earlier than tXS after exit from Self Refresh. The DRAM initiates a minimum of one Refresh command internally within tCKE period once it enters Self-Refresh mode.<br>Source: DDR4 Standard<br><br>The clock is internally disabled during Self-Refresh Operation to save power. The minimum time that the DDR4 SDRAM must remain in Self-Refresh mode is tCKESR. The user may change the external clock frequency or halt the external clock tCKSRE after Self-Refresh entry is registered, however, the clock must be restarted and stable tCKSRX before the device can exit Self-Refresh operation.<br>Source: DDR4 Standard |

| | |
|---|---|
| | **4.26 Refresh Command**<br>The Refresh command (REF) is used during normal operation of the DDR4 SDRAMs. This command is non persistent, so it must be issued each time a refresh is required. The DDR4 SDRAM requires Refresh cycles at an average periodic interval of tREFI. When CS_n, RAS_n/A16 and CAS_n/A15 are held Low and WE_n/A14 and ACT_n are held High at the rising edge of the clock, the chip enters a Refresh cycle. All banks of the SDRAM must be precharged and idle for a minimum of the precharge time tRP(min) before the Refresh Command can be applied. The refresh addressing is generated by the internal refresh controller. This makes the address bits "Don't Care" during a Refresh command. An internal address counter supplies the addresses during the refresh cycle. No control of the external address bus is required once this cycle has started. When the refresh cycle has completed, all banks of the SDRAM will be in the precharged (idle) state. A delay between the Refresh Command and the next valid command, except DES, must be greater than or equal to the minimum Refresh cycle time tRFC(min) as shown in Figure X. Note that the tRFC timing parameter depends on memory density.<br>Source: DDR4 Standard<br><br><br>**NOTE** :<br>1. Only MRS (limited to those described in the Self-Refresh Operation section). ZQCS or ZQCL command allowed.<br>2. Valid commands not requiring a locked DLL<br>3. Valid commands requiring a locked DLL<br>4. Only DES is allowed during tXS_ABORT<br>**Figure 137 — Self-Refresh Entry/Exit Timing**<br>Source: DDR4 Standard |
| presenting said one or more control signals and one or | The accused product practices presenting said one or more control signals and one or more decoded address signals (e.g., address signals) to one or more |

| | |
|---|---|
| more decoded address signals to one or more periphery array circuits of said plurality of sections. | periphery array circuits of said plurality of sections.<br><br>The accused product has periphery array circuits such as registers, internal refresh counters, row address MUX etc. These periphery circuits are used to input the control ("control signals") and address signals to the memory array cells.<br><br>3.2 Basic Functionality<br>The DDR4 SDRAM is a high-speed dynamic random-access memory internally configured as sixteen-banks, 4 bank group with 4 banks for each bank group for x4/x8 and eight-banks, 2 bank group with 4 banks for each bankgroup for x16 DRAM.<br>The DDR4 SDRAM uses a 8n prefetch architecture to achieve high-speed operation. The 8n prefetch architecture is combined with an interface designed to transfer two data words per clock cycle at the I/O pins. A single read or write operation for the DDR4 SDRAM consists of a single 8n-bit wide, four clock data transfer at the internal DRAM core and eight corresponding n-bit wide, one-half clock cycle data transfers at the I/O pins.<br><br>Read and write operation to the DDR4 SDRAM are burst oriented, start at a selected location, and continue for a burst length of eight or a 'chopped' burst of four in a programmed sequence. Operation begins with the registration of an ACTIVATE Command, which is then followed by a Read or Write command. The address bits registered coincident with the ACTIVATE Command are used to select the bank and row to be activated (BG0-BG1 in x4/8 and BG0 in x16 select the bankgroup; BA0-BA1 select the bank; A0-A17 select the row; refer to "DDR4 SDRAM Addressing" on Section 2.7 for specific requirements). The address bits registered coincident with the Read or Write command are used to select the starting column location for the burst operation, determine if the auto precharge command is to be issued (via A10), and select BC4 or BL8 mode 'on the fly' (via A12) if enabled in the mode register.<br>Source: DDR4 Standard<br><br>4.26 Refresh Command<br>The Refresh command (REF) is used during normal operation of the DDR4 SDRAMs. This command is non persistent, so it must be issued each time a refresh is required. The DDR4 SDRAM requires Refresh cycles at an average periodic interval of tREFI. When CS_n, RAS_n/A16 and CAS_n/A15 are held Low and WE_n/A14 and ACT_n are held High at the rising edge of the clock, the chip enters a Refresh cycle. All banks of the SDRAM must be precharged and idle for a minimum of the precharge time tRP(min) before the Refresh Command can be applied. The refresh addressing is generated by the internal refresh controller. This makes the address bits "Don't Care" during a Refresh command. An internal address counter supplies the addresses during the refresh cycle. No control of the external address bus is required once this cycle has started. When the refresh cycle has completed, all banks of the SDRAM will be in the precharged (idle) state. A delay between the Refresh Command and the next valid command, except DES, must be greater than or equal to the minimum Refresh cycle time tRFC(min) as shown in Figure X. Note that the tRFC timing parameter depends on memory density.<br>Source: DDR4 Standard |

### 4.27.1 Low Power Auto Self Refresh

DDR4 devices support Low Power Auto Self-Refresh (LP ASR) operation at multiple temperatures ranges (See temperature table below). Mode Register MR2 – descriptions

**Table 47 — MR2 definitions for Low Power Auto Self-Refresh mode**

| A6 | A7 | Self-Refresh Operation Mode |
|---|---|---|
| 0 | 0 | Manual Mode – Normal operating temperature range |
| 0 | 1 | Manual Mode – Extended operating temperature range |
| 1 | 0 | Manual Mode – Lower power mode at a reduced operating temperature range |
| 1 | 1 | ASR Mode – automatically switching between all modes to optimize power for any of the temperature ranges listed above |

**Auto Self Refresh (ASR)**

DDR4 DRAM provides an Auto Self-Refresh mode (ASR) for application ease. ASR mode is enabled by setting the above MR2 bits A6=1 and A7=1. The DRAM will manage Self Refresh entry through the supported temperature range of the DRAM. In this mode, the DRAM will change self-refresh rate as the DRAM operating temperature changes, lower at low temperatures and higher at high temperatures.

Source: DDR4 Standard

| | |
|---|---|
| | **4.27 Self refresh Operation**<br><br>The Self-Refresh command can be used to retain data in the DDR4 SDRAM, even if the rest of the system is powered down. When in the Self-Refresh mode, the DDR4 SDRAM retains data without external clocking.The DDR4 SDRAM device has a built-in timer to accommodate Self-Refresh operation. The Self-Refresh-Entry (SRE) Command is defined by having CS_n, RAS_n/A16, CAS_n/A15, and CKE held low with WE_n/A14 and ACT_n high at the rising edge of the clock.<br><br>Before issuing the Self-Refresh-Entry command, the DDR4 SDRAM must be idle with all bank precharge state with tRP satisfied. 'Idle state' is defined as all banks are closed (tRP, tDAL, etc. satisfied), no data bursts are in progress, CKE is high, and all timings from previous operations are satisfied (tMRD, tMOD,tRFC, tZQinit, tZQoper, tZQCS, etc.). Deselect command must be registered on last positive clock edge before issuing Self Refresh Entry command. Once the Self Refresh Entry command is registered, Deselect command must also be registered at the next positive clock edge. Once the Self-Refresh Entry command is registered, CKE must be held low to keep the device in Self-Refresh mode. .DRAM automatically disables ODT termination and set Hi-Z as termination state regardless of ODT pin and RTT_PARK set when it enters in Self-Refresh mode. Upon exiting Self-Refresh, DRAM automatically enables ODT termination and set RTT_PARK asynchronously during tXSDLL when RTT_PARK is enabled. During normal operation (DLL on) the DLL is automatically disabled upon entering Self-Refresh and is automatically enabled (including a DLL-Reset) upon exiting Self-Refresh.<br><br>When the DDR4 SDRAM has entered Self-Refresh mode, all of the external control signals, except CKE and RESET_n, are "don't care." For proper Self-Refresh operation, all power supply and reference pins (VDD, VDDQ, VSS, VSSQ, VPP, and VRefCA) must be at valid levels. DRAM internal VrefDQ generator circuitry may remain ON or turned OFF depending on DRAM design. If DRAM internal VrefDQ circuitry is turned OFF in self refresh, when DRAM exits from self refresh state, it ensures that VrefDQ generator circuitry is powered up and stable within tXS period. First Write operation or first Write Leveling Activity may not occur earlier than tXS after exit from Self Refresh. The DRAM initiates a minimum of one Refresh command internally within tCKE period once it enters Self-Refresh mode.<br><br>Source: DDR4 Standard<br><br>The clock is internally disabled during Self-Refresh Operation to save power. The minimum time that the DDR4 SDRAM must remain in Self-Refresh mode is tCKESR. The user may change the external clock frequency or halt the external clock tCKSRE after Self-Refresh entry is registered, however, the clock must be restarted and stable tCKSRX before the device can exit Self-Refresh operation.<br><br>Source: DDR4 Standard |